**UNITED STATES COURT OF APPEALS**
**FOR THE SIXTH CIRCUIT**
100 EAST FIFTH STREET, ROOM 532
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

LEONARD GREEN
CLERK

MS. AUDREY CROCKETT
(513) 684-2572 ext. 113
www.ca6.uscourts.gov

RECEIVED
05 MAY -5 PM 2:16
ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN MEMPHIS

Filed: April 29, 2005

Ms. Camille R. McMullen
U.S. Attorney's Office
167 N. Main Street
Suite 800 Federal Building
Memphis, TN  38103

Mr. Lee Howard Gerald
Law Office of Lee Gerald
8 S. Third Street
Fourth Floor
Memphis, TN  38103

   RE: 04-6465
       USA vs. Roberson
       District Court No. 03-20232

Dear Counsel:

   Enclosed is a copy of an order which was entered today in the above-styled case.

                                        Very truly yours,
                                        Leonard Green, Clerk

                                        (Ms.) Audrey Crockett
                                        Case Manager

cc:
   Honorable Samuel H. Mays Jr.
   Mr. Robert R. Di Trolio

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 5-4-05

74

No. 04-6465

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

**FILED**

APR 2 9 2005

LEONARD GREEN, Clerk

UNITED STATES OF AMERICA, )
)
    Plaintiff-Appellee, ) **FOR YOUR INFORMATION**
)
v. ) O R D E R
)
SHANTEL THOMAS ROBERSON, )
)
    Defendant-Appellant. )

Before: KEITH, COLE, and SUTTON, Circuit Judges.

The defendant appeals his conviction and sentence on a plea of guilty of fraud and related activity in connection with identity theft. The government moves for a remand to the district court for resentencing consistent with *United States v. Booker*, 543 U.S. —, 125 S. Ct. 738 (2005). The defendant agrees that a remand for resentencing is warranted.

The motion to remand is granted, the defendant's sentence is **VACATED**, and the case is **REMANDED** to the district court for resentencing consistent with the Supreme Court's decision in *Booker*.

ENTERED BY ORDER OF THE COURT

/s/ _____
/Clerk

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 5-6-05

74

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 74 in case 2:03-CR-20232 was distributed by fax, mail, or direct printing on May 6, 2005 to the parties listed.

---

Lee Howard Gerald
LAW OFFICE OF LEE GERALD
8 S. Third St.
Fourth Floor
Memphis, TN 38103

Tracy Lynn Berry
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT